by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., McAvoy, Townley and Cohn, JJ.

The Trustees of the Sailors' Snug Harbor in the City of New York v. M. & H. Lassaw Realty Company, Inc., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

George I. Galitzka and Another v. J. Clarence Davies, Inc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

Fanden Realty Corporation v. Charles F. Noyes Company, Inc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

Clara Louise Heynen and Others v. The Chase National Bank of the City of New York, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

P. V. Baranowsky Company, Ltd., v. Guaranty Trust Company of New York. Ida V. Gordon and Another — Guaranty Trust Company of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Banca Commerciale Italiana Trust Company v. Frederick H. Clarkson and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

Lawrence E. Schlechter v. Stuart E. Gibboney and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for resettlement granted. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

Elias Freidus and Another v. Ercasa Realty Corporation and Others, Impleaded with John F. Killgrew, as Receiver, and National Surety Corporation, as Surety.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

Elias Freidus and Another v. Ercasa Realty Corporation and Others, Impleaded with John F. Killgrew, as Receiver, and National Surety Corporation, as Surety.— Motion for a stay denied and stay vacated. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.

New York Life Insurance Company v. West 18th and 19th St. Realty Corporation and Others, Impleaded with Robert E. McLear.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.

Tenement Renovation Contracting Co., Inc., v. Central Hanover Bank & Trust Company.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

Emanuel Klein v. The Equitable Life Assurance Society of the United States.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, Townley, Untermyer and Cohn, JJ.